OCTOBER 8, 1963.

No. 316. IN RE GRAND JURY INVESTIGATION OF VIOLATIONS OF 18 U. S. C. § 1621 (GENERAL MOTORS CORP.); and

No. 431, Misc. GENERAL MOTORS CORP. *v.* EDELSTEIN, U. S. DISTRICT JUDGE. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit in No. 316, and motion for leave to file petition for writ of certiorari and/or mandamus in No. 431, Misc., dismissed pursuant to Rule 60 of the Rules of this Court. *Bruce Bromley, Aloysius F. Power, Robert A. Nitschke* and *John W. Barnum* for General Motors Corp. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States et al. Reported below: 318 F. 2d 533, 32 F. R. D. 175.

OCTOBER 9, 1963.

No. 3, Misc. JAMES ET AL. *v.* TEXAS. On petition for writ of certiorari to the Court of Criminal Appeals of Texas. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

OCTOBER 14, 1963.

No. 520, October Term, 1962. CHAMBERLIN ET AL. *v.* DADE COUNTY BOARD OF PUBLIC INSTRUCTION ET AL., 374 U. S. 487. The motion of the intervening appellees to dispense with printing the motion to vacate the judgment is granted. The motion of intervening appellées to vacate the judgment is denied. *E. F. P. Brigham* on the motions.